| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Trader, Rom A. | 2. Court or Organization United States District Court - District of Hawaii | 3. Date of Report 06/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☑ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 05/10/2019 |

**7. Chambers or Office Address**

United States District Court
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | AAP, Supreme Court of Hawaii |
| 2. | Judge | O'ahu First Circuit of Hawaii |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | State of Hawaii Retirement Pension (defined benefit plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 06/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Hawaii (pension) | $42,796.10 |
| 2. 2019 | Wedding Officiant (officiant fees) | $720.00 |
| 3. 2018 | State of Hawaii (judicial salary) | $206,097.21 |
| 4. 2018 | Wedding Officiant (officiant fees) | $13,120.00 |
| 5. 2017 | State of Hawaii (judicial salary) | $189,290.32 |
| 6. 2017 | Wedding Officiant (officiant fees) | $16,840.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 06/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Savings Bank of Hawaii (cash) | A | Interest | L | T | Exempt | | | | |
| 2. Hawaii State Federal Credit Union (cash) | A | Interest | M | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. ALPHABET INC SHS CL C (GOOG) | | None | J | T | | | | | |
| 5. AMER FUNDS NEW PERSP FD CL F2 (ANWFX) | | None | | | | | | | |
| 6. AMER FDS AMCAP FD CL F2 (AMCFX) | A | Dividend | J | T | | | | | |
| 7. AMER FUNDS AMER BAL FD CL F2 (AMBFX) | A | Dividend | | | | | | | |
| 8. AMER BEAC THE LOND CO INC FD Y (ABCYX) | A | Dividend | | | | | | | |
| 9. AMER MUTUAL FD CL F2 (AMRFX) | | None | | | | | | | |
| 10. AMER GRWTH FD OF AMERICA F2 (GFFFX) | A | Dividend | J | T | | | | | |
| 11. CONGRESS MID CAP GRWTH FD I (IMIDX) | A | Dividend | J | T | | | | | |
| 12. DOUBLELINE SHILLER ENH CAPE FD I (DSEEX) | A | Dividend | J | T | | | | | |
| 13. FIDELITY ADV BAL FD CL I (FAIOX) | | None | | | | | | | |
| 14. FIRST EAGLE GLOBAL CL I (SGIIX) | | None | | | | | | | |
| 15. OPPENHEIMER DEV MKTS FD Y (ODVYX) | A | Dividend | | | | | | | |
| 16. OPPENHEIMER INTL SMALL MID CO FD Y (OSMYX) | A | Dividend | J | T | | | | | |
| 17. PIMCO INC FD CL P (PONPX) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO SHORT TERM FD I2 (PTSPX) | A | Dividend | J | T | | | | | |
| 19. T ROWE PRICE HLTH SCI FD INV CL (PRHSX) | A | Dividend | J | T | | | | | |
| 20. IRA #2 (H) | | | | | | | | | |
| 21. BANK OF AMERICA NA RASP (CASH) | A | Interest | M | T | | | | | |
| 22. FIRST EAGLE GLOBAL CL I (SGIIX) | | None | J | T | | | | | |
| 23. JANUS HEND BAL FUND I (JBALX) | | None | J | T | | | | | |
| 24. MORGAN STANLEY GRWTH PORT CL I (MSEQX) | | None | J | T | | | | | |
| 25. PIMCO INCOME FD CL I2 (PONPX) | | None | J | T | | | | | |
| 26. ANNUITY ACCOUNT #1 (H) | | | | | | | | | |
| 27. ALLIANZ VISION BONUS FIXED ANNUITY | | None | M | T | | | | | |
| 28. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 29. HONOLULU HAWAII CITY & CNTY SER A RF (438670X30) | B | Interest | K | T | | | | | |
| 30. NEXTGEN 529 ACCT #1 (H) | | | | | | | | | |
| 31. BLKRK EQ DIV PORT C (MCDVX) | | None | J | T | | | | | |
| 32. FRANKTEMP BALANCED C (FBMCX) | | None | J | T | | | | | |
| 33. FRANKTEMP SM MID CAP GR C (FRSGX) | | None | K | T | | | | | |
| 34. MAINSTAY LGCAP GRWTH C (MLACX) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 06/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS EQUITY PORT C (MRGCX) | | None | K | T | | | | | |
| 36. MFS VALUE PORT CL C | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 06/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Trader, Rom A. | 06/04/2019 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rom A. Trader**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544